UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:18-cr-00383-RJC-DCK

| | |
|---|---|
| USA | ) |
| | ) |
| vs. | ) |
| | ) |
| VINCENT SWANN GRIGGS | ) |
| | ) |

**THIS MATTER** is before the Court upon a motion of the defendant to modify the terms of his probation, (Doc. No. 26), which recites that the government does not object.

For the reasons stated in the motion, the Court finds good cause to amend the conditions of the defendant's probation to allow him to work more than 40 hours in a week if required by his employer and to be absent from his home overnight if required by his employer.

**IT IS, THEREFORE, ORDERED** that these terms will be incorporated into the Judgment when it is issued. All other conditions remain unchanged.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, the United States Marshals Service, and the United States Probation Office.

Signed: January 14, 2020

Robert J. Conrad, Jr.
United States District Judge